IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-MJ-1272-RJ

| | |
|---|---|
| UNITED STAES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JORDAN DUNCAN | ) |

ORDER ALLOWING LIMITED DISTRIBUTION OF SEALED DOCUMENT

Upon motion of the United States, it is hereby ORDERED that the affidavit underlying the criminal complaint and resulting warrant in the above-captioned case be provided the United States District Court for the District of Idaho and to counsel for the parties, for their use as necessary in proceedings related to the case in that district.

This the 26 day of October, 2020.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

1