# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Video Initial Appearance/on a Rule 5- on a Complaint/Continued
(X) Detention Hearing: Continued
(X) Govt.'s Motion for Detention: Continued
(X) Waived Identity.

**MAGISTRATE JUDGE: Ronald E. Bush**　　　　　　　DATE: 10/22/2020
DEPUTY CLERK/ESR: Lynette C.　　　　　　　　　　Via Zoom 1:30pm (30 min.)
　　　　　　　　　　　　　　　　　　　　　　　　Boise, IDAHO

**UNITED STATES OF AMERICA vs. JORDAN DUNCAN**
　　7:20-mj-1272-RJ Eastern District of North Carolina Southern Div.　　**Idaho Case 1:20-294-S-REB**

Govt.: Frank Zebari
Defendant: Robyn Fyffe- CJA Appointed
USPO: Gavin Zickefoose

(X) Defendant placed under oath and Waived Personal Appearance.
(X) Defendant appeared in custody on Warrant/Complaint from North Carolina.
(X) Defendant has face page of Complaint, as the Affidavit portion remains sealed at this time by Order of the Federal Court in North Carolina.
　(X) This Court recessed to call Judge Robert Jones, in NC. to inquire about the affidavit to accompany the charging complaint. The Court spoke with Judge Jones law clerk, advising the AUSA's motion sought to unseal the complaint and keep the affidavit sealed. This Court inquired of Mr. Zebari how the defendant would be advised of the Charging Document in this matter, without the availability of the affidavit.
(X) Court provided initial appearance advising of all Constitutional rights to Counsel, Maximum Penalties/Rule 20/Rule 5 proceedings/detention proceedings.
(X) Court examined/qualified Financial Affidavit and appointed CJA counsel.
(X) Waived Identity Hearing.
(X) The Court continued this matter for the AUSA to follow up with NC.
(X) Govt.'s Motion for Detention: The Govt. requested a continuance.

(X) **ORDER/NOTICE OF HEARING:** Court entered a Temporary Order of Detention and Defendant remanded to the custody of the USMS. Further Hearings are set for **Tues., OCTOBER 27, 2020 at 10am Mtn.**, via Zoom before this Court.

(X) Counsel may keep copy of Bail Report; so Ordered.