AO 466A S (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment) (Translation 03/17)     Page 2
AO 466A S (Rev. 07/16) Renuncia a las Audiencias que Disponen las Reglas 5 y 5.1 (Denuncia o Acusación del Gran Jurado) (Traducción de 03/17)     Página 2

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.
*tener una audiencia preliminar para determinar si existe causa probable para creer que se ha cometido un delito; la audiencia se celebraría dentro de un lapso no mayor de 14 días a partir de mi primera comparecencia si estoy detenido y 21 días si no, a menos que el gran jurado me haya formulado cargos de antemano.*

(5) a hearing on any motion by the government for detention;
*tener una audiencia si la fiscalía solicita que me dejen detenido;*

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.
*solicitar el traslado de los procedimientos a este distrito conforme a la regla 20 del Reglamento Federal de Procedimiento Penal para declararme culpable.*

I agree to waive my right(s) to:
*Acepto renunciar a mi(s) derecho(s) a una:*

- [x] an identity hearing and production of the warrant.
  *audiencia de identidad y a que se me presente la orden.*

- [x] a preliminary hearing.
  *audiencia preliminar.*

- [x] a detention hearing.
  *audiencia de detención.*

- [ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.
  *audiencia de identidad, a que se me presente la sentencia, orden y solicitud de dicha orden, así como a cualquier audiencia preliminar o de detención a la cual pueda tener derecho en este distrito. Solicito que toda audiencia preliminar o de detención se celebre en el distrito donde se procesa la causa en el momento que dicho tribunal señale.*

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.
*Doy mi consentimiento para que se emita una orden en la que se me requiera comparecer en el distrito donde se procesa la causa y donde están pendientes los cargos contra mí.*

Date: 20201022
Fecha:

_____
Defendant's signature
*Firma del acusado*

_____
Signature of defendant's attorney
*Firma del abogado defensor*

Robyn Kyle
_____
Printed name of defendant's attorney
*Nombre del abogado defensor en letra de molde*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni por la Conferencia Judicial de los Estados Unidos.*